UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRENDA WILLIAMS,

    Plaintiff,

vs.

ALLSTATE INSURANCE COMPANY,
a foreign corporation.

    Defendant.

Case No. 2:13-cv-15258
Hon. Robert H. Cleland
Magistrate Judge Mona K. Majzoub

| | |
|---|---|
| CHRISTOPHER J. TRAINOR (P42449)<br>TIMOTHY M. HARTNER (P66237)<br>CHRISTOPHER TRAINOR & ASSOC.<br>Attorneys for Plaintiff<br>9750 Highland Road<br>White Lake, MI 48386<br>(248) 886-8650 / Fax: (248) 698-3321<br>timothy.hartner@cjtrainor.com | C. DAVID MILLER II (P38449)<br>GARAN LUCOW MILLER, P.C.<br>Attorneys for Defendant<br>1000 Woodbridge Street<br>Detroit, MI 48207-3108<br>(313) 446-5561 / Fax: (313) 259-0450<br>cmiller@garanlucow.com |

## STIPULATION FOR HOME VISIT

The parties have agreed to a home visit for attendant care evaluation to be conducted by Teresa LaRosa, R.N. and Laura Miller, OTR, on behalf of Defendant Allstate Insurance Company on Friday, April 25, 2014, beginning at 12:30 p.m. at the home of Plaintiff Brenda Williams.

The parties further agree upon entry of the order compelling the home visit by Teresa LaRosa, R.N. and Laura Miller, OTR, Defendant Allstate Insurance Company's Motion to Compel Independent Medical Evaluation will be rendered moot.

Respectfully Submitted,

/s/Timothy M. Hartner (with consent)
Timothy M. Hartner (P66237)
Attorney for Plaintiff

/s/C. David Miller II
C. David Miller II (P38449)
Attorney for Defendant

Dated:  April 17, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRENDA WILLIAMS,

    Plaintiff,

vs.

ALLSTATE INSURANCE COMPANY,
a foreign corporation.

    Defendant.

Case No. 2:13-cv-15258
Hon. Robert H. Cleland
Magistrate Judge Mona K. Majzoub

| CHRISTOPHER J. TRAINOR (P42449) <br> TIMOTHY M. HARTNER (P66237) <br> CHRISTOPHER TRAINOR & ASSOC. <br> Attorneys for Plaintiff <br> 9750 Highland Road <br> White Lake, MI 48386 <br> (248) 886-8650 / Fax: (248) 698-3321 <br> timothy.hartner@cjtrainor.com | C. DAVID MILLER II (P38449) <br> GARAN LUCOW MILLER, P.C. <br> Attorneys for Defendant <br> 1000 Woodbridge Street <br> Detroit, MI 48207-3108 <br> (313) 446-5561 / Fax: (313) 259-0450 <br> cmiller@garanlucow.com |
|---|---|

### ORDER FOR HOME VISIT

**IT IS HEREBY ORDERED** that the home visit by Teresa LaRosa, R.N. and Laura Miller, OTR, shall take place on Friday, April 25, 2014, at 12:30 p.m. at the home of Plaintiff Brenda Williams.

**IT IS FURTHER ORDERED** that this Order renders moot Defendant's Motion to Compel Independent Medical Evaluation.

**IT IS SO ORDERED.**

                                                S/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated:  April 17, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, April 17, 2014, by electronic and/or ordinary mail.

                                                            S/Lisa Wagner
                                                            Case Manager and Deputy Clerk
                                                            (313) 234-5522